AGNES CRIMMINS, *ET AL.,* PLAINTIFFS-PETITIONERS, v. CATHERINE A. GRIECO, *ET AL.,* DEFENDANTS AND IRVING CHODASH, BLANCHE CHODASH, IND. AND t/a CHODASH HARDWARE STORE, DEFENDANTS-RESPONDENTS.

*Messrs. Chasan, Leyner & Holland* and *Mr. Arthur N. D'Italia,* for the petitioners.

*Messrs. Sanderson & Cullen,* for the respondents.

May 26, 1970. Denied.

LARRY E. BRONNER, PLAINTIFF-PETITIONER, v. TRENTON TRANSFORMER CORP., DEFENDANT-RESPONDENT.

*Messrs. Meredith, Meredith & Chase,* for the petitioner.

*Messrs. Hughes, McElroy, Connell, Foley & Geiser* and *Mr. Samuel D. Lord,* for the respondent.

May 26, 1970. Denied.

EILEEN DOLPHIN, PLAINTIFF-RESPONDENT, v. BROOK-CHESTER SHOPPING CENTER, INC., DEFENDANT-PETITIONER AND SHOP-RITE OF NEW MILFORD, INC., *ET AL.,* DEFENDANTS-RESPONDENTS.

*Messrs. Shenier, Gilady & Harwood* and *Mr. Kent A. Losche,* for the petitioner.

*Messrs. Silver, Smith & Bromley, Messrs. Morrison, Lloyd & Griggs, Mr. Kevin M. O'Halloran,* and *Messrs. Breslin & Monaghan,* for the respondents.

May 26, 1970. Denied.